1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
OCT - 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0336 GEB |
   |---|---|
12 | Plaintiff, | ORDER TO SEAL |
   | | (UNDER SEAL) |
13 | v. | |
14 | JODENE MARGARET WATT, | |
15 | Defendant. | |

16

17     The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles
18 to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the
19 Court.

20

21 Dated: 10/3/2013

22                                    _____
                                      HONORABLE CAROLYN K. DELANEY
23                                    United States Magistrate Judge