BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JODENE WATT,<br><br>                    Defendant. | CASE NO.  2:13-CR-336 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendant Jodene

Watt, by and through her counsel of record, hereby stipulate as follows:

        1.        By previous order, this matter was set for status on February 27, 2015.

        2.        By this stipulation, defendant now moves to continue the status conference until April 17,

2015, and to exclude time between February 27, 2015 and April 17, 2015, under Local Code T4.  The

United States does not oppose this request.

        3.        The parties agree and stipulate, and request that the Court find the following:

                a)        The United States has represented that the discovery associated with this case

includes investigative reports and wiretap applications in electronic form constituting approximately

4000 pages of documents.  The United States also represents that the discovery includes approximately

20 CDs of audio recordings, including intercepted communications, and transcripts and line reports.  All

of this discovery has been produced directly to counsel.

b)      Counsel for defendant desires additional time to consult with his client, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

c)      Further, the United States anticipates providing a plea offer to the defendant in a few weeks, which the defense counsel will need to discuss with his client and conduct research with respect to the applicable advisory guidelines.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The United States does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 27, 2015 to April 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1    IT IS SO STIPULATED.

2  Dated:  February 24, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney
3
                                               /s/ Todd A. Pickles
4                                              TODD A. PICKLES
                                               Assistant United States Attorney
5

6  Dated:  February 24, 2015                    /s/ Todd A. Pickles for
                                               HAYES GABLE, ESQ.
7

8                                              Counsel for Defendant

9

10                              **ORDER**

11    IT IS SO FOUND AND ORDERED.

12  Dated:  February 25, 2015

13

14

15                              _____

16                              GARLAND E. BURRELL, JR.
                                Senior United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28