HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone:  (916) 446-3331
Facsimile:  (916) 447-2988
hhgable@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:13-cr-0336 GEB |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| **JODENE MARGARET WATT**, | |
| Defendant. | Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles, and defendant Jodene Margaret Watt, by and through her attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-entitled case, March 18, 2016, and to continue the matter to May 20, 2016, at 9:00 a.m., for status conference.

1

The parties further agree and stipulate that the period from March 18, 2016, to May 20, 2016, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 USC §§3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the need for defense counsel to prepare exceeds the defendant's and the public's interest in commencing trial within the 70-day Speedy Trial time period.

Accordingly, the parties request the Court to adopt this stipulation.

Dated: March 16, 2016

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
JODENE MARGARET WATT


/s/Hayes H. Gable III for
TODD PICKLES
Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  March 18, 2016


GARLAND E. BURRELL, JR.
Senior United States District Judge