1 | HAYES H. GABLE III
2 | Attorney at Law
  | State Bar No. 60368
3 | 1001 G Street, Suite 100
  | Sacramento, CA 95814
4 | Telephone: (916) 446-3331
5 | Facsimile: (916) 447-2988
  | hhgable@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:13-cr-0336 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| **JODENE MARGARET WATT**, | |
| Defendant. | |
| | Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles, and defendant Jodene Margaret Watt, by and through her attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-entitled case, May 20, 2016, and to continue the matter to June 24, 2016, at 9:00 a.m., for status conference and possible change of plea.

1

The parties further agree and stipulate that the period from May 20, 2016, to June 24, 2016, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 USC §§3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the need for defense counsel to prepare exceeds the defendant's and the public's interest in commencing trial within the 70-day Speedy Trial time period.

Accordingly, the parties request the Court to adopt this stipulation.

Dated: May 16, 2016

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
JODENE MARGARET WATT


/s/Hayes H. Gable III for
 TODD PICKLES
 Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  May 17, 2016

1
2
3  _____
4  GARLAND E. BURRELL, JR.
   Senior United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28