UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JODENE WATT,<br><br>       Defendant. | No. 2:13-cr-00336-GEB<br><br>**ORDER GRANTING MOTION TO SEAL THREE DOCUMENTS** |

       The United States of America filed a confusing sealing notice on the public docket on January 9, 2017. The government seeks to seal three documents: a Request to Seal, a four-page supplement to the plea agreement, and a proposed order that seals these documents. However, the emailed proposed order only files two of the three referenced documents under seal. That proposed order has been modified to also include the Request to Seal, which is a brief submitted in support of the sealing request.

       The sealing request is granted.

Dated: January 11, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1