DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:13 CR 336 GEB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) JUDGMENT AND SENTENCING (PROPOSED) FINDINGS AND ORDER |
| JODENE WATT, | ) |
| Defendant | ) |

Plaintiff, United States of America, by and through its counsel of record, and the defendant, JODENE WATT., by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on January 26, 2018

2. By this stipulation, the defendant now moves to continue the judgment and sentencing until February 16, 2018, and to exclude time between January 26, 2018 and February 16, 2018 under Local Code T4. Based on the representations that counsel for the defendant is unavailable due to his appearance in another court, the United States does not oppose defendant's request for continuance

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense has been in continuous trials in Sacramento County Superior Court has

STIP AND ORDER TO EXTEND TIME - 1

been unable to confer with Ms. Watt regarding the case.

  b. Counsel for the defendant believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c. The government does not object to the continuance.

  d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2018, to February 16, 2018, at 9:00 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 1-22-18        By: /s/ Danny D. Brace, Jr.,
               DANNY D. BRACE, JR.,
               Attorney for
               Jodene Watt

Date: 1-22-18    By: /s/Todd Pickles
Authorized to sign for Mr. Pickles
On January 22, 2018
Todd Pickles
Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated:  January 23, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge