1 McGREGOR W. SCOTT
United States Attorney
2 TODD A. PICKLES
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
Attorneys for Plaintiff
6 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00336 GEB |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; [PROPOSED] ORDER |
| v. | |
| JODENE WATT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jodene Watt, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on May 4, 2018. The Court has also directed the parties to meet and confer and to file a brief regarding the Court's authority to impose a sentence lower than that recommended by the United States. Counsel for Watt has been engaged in a weeks' long homicide trial in state court and, therefore, the parties have not yet had the opportunity to meet and confer. Additionally, the undersigned counsel for the United States has a conflict for the date of May 4, 2018.

2. Accordingly, by this stipulation, the parties jointly request that the Court continue the judgment and sentencing hearing to May 18, 2018.

Stipulation for Continuance of Judgment and Sentencing

1

3. Because the defendant stands convicted by way of her change of plea, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation and the continuance of the date for judgment and sentencing.

IT IS SO STIPULATED.

DATED: April 16, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: April 16, 2018

*/s/ Todd A. Pickles for*
DANNY BRACE, ESQ.

For defendant JODENE WATT

# [PROPOSED] O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to May 18, 2018 at 9:00 a.m. The parties will file the brief requested by the Court on or before May 11, 2018.

IT IS SO ORDERED.

Dated: April 23, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge